# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CANARY REED**                                                                **PLAINTIFF**

**V.**                                     **4:24CV00554 JM**

**VISTA OUTDOORS INC.,**
**REMINGTON AMMUNITION, AND**
**REMINGTON ARMS COMPANY, INC.**                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 11th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE